IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

LEROY WILLIAMS, III,

        Appellant,

v.

        Case No. 5D22-2284
        LT Case No. 2009-CF-1232-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed February 7, 2023

3.850 Appeal from the Circuit Court
for Seminole County,
Donna L. Mcintosh, Judge.

Leroy Williams, III, Perry, pro se.

No Appearance for Appellee.


PER CURIAM.

       AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.